

# Supreme Court of Missouri

## en banc

June 22, 2009

In Re: Kenneth H. Gibert,  )
                            )
  Respondent.               )   Supreme Court No. SC90229
                            )   MBE # 42353
                            )

### ORDER

    The Chief Disciplinary Counsel having filed an information advising this Court of its findings, after investigation, that there is probable cause to believe Respondent, Kenneth H. Gibert, is guilty of professional misconduct and having filed with said information, pursuant to Rule 5.13, a notice of default, notifying the Court that Respondent, Kenneth H. Gibert, failed to timely file an answer or other response within the time required although Respondent was served pursuant to the provisions of Rule 5.18 and Rule 5.11 and, therefore, pursuant to Rule 5.13, Respondent is in default; and

    It appearing Respondent is guilty of professional misconduct and should be disciplined;

    Now, therefore, it is ordered by the Court that the said Kenneth H. Gibert be, and he is hereby disbarred, that his right and license to practice law in the State of Missouri is canceled and that his name be stricken from the roll of attorneys in this State.

    It is further ordered that the said Kenneth H. Gibert comply in all respects with 5.27 - Notification of Clients and Counsel.

    A fee of $2,000.00 pursuant to Rule 5.19(h) assessed against Respondent payable to the Clerk of this Court for the benefit of the Advisory Committee Fund.

    Costs taxed to Respondent.

Day - to - Day

_____
William Ray Price, Jr.
**Acting Chief Justice**

# OFFICE OF THE
# CHIEF DISCIPLINARY COUNSEL

3335 AMERICAN AVENUE
JEFFERSON CITY, MO 65109-1079
(573) 635-7400    FAX (573) 635-2240

*SUPREME COURT OF MISSOURI*

July 30, 2009

In Re:    Kenneth H. Gibert
MO Bar # 42353
P.O. Box 2775
St. Louis, MO  63116-0775

Enclosed Order of the Missouri Supreme Court dated June 22, 2009.  <u>The effective date of this order is July 7, 2009</u>.