UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

|                      |   |                  |
|----------------------|---|------------------|
| IN THE MATTER OF:    | ) |                  |
|                      | ) |                  |
| KENNETH H. GIBERT    | ) | 4:09 MC 419 CDP  |
|                      | ) |                  |

## ORDER

This Court has been advised by receipt of a certified copy of the June 22, 2009 order of the Supreme Court of Missouri, entered in **In re: Kenneth H. Gibert**, Cause No. 90229, indicating that Kenneth H. Gibert has been disbarred from the practice of law by the Supreme Court of Missouri.

Kenneth H. Gibert has been admitted to practice before this Court. In accordance with Local Rule 12.02 and the Rules of Disciplinary Enforcement, this Court issued its order dated August 13, 2009 directing Kenneth H. Gibert to show cause in writing within thirty days after service of that order why the identical discipline prescribed by the Supreme Court of Missouri should not be imposed by this Court. The order was served by certified mail sent on August 13, 2009 to the last known address of Kenneth H. Gibert, and the record reflects proof of delivery at that address. No response has been filed by Mr. Gibert. This Court therefore finds that the identical discipline ordered by the Supreme Court of Missouri should be imposed on Kenneth H. Gibert, pursuant to local rules of this Court.

Accordingly,

**IT IS HEREBY ORDERED** that Kenneth H. Gibert be disbarred and that his name be stricken from the roll of attorneys authorized to practice law in the United States District Court for the Eastern District of Missouri.

Dated this 16th day of ~~October~~ November, 2009

BY THE COURT:

_____
Chief Judge Catherine D. Perry

_____
Judge Jean C. Hamilton

_____
Judge Carol E. Jackson

_____
Judge Charles A. Shaw

_____
Judge Rodney W. Sippel

_____
Judge Henry E. Autrey

_____
Judge Stephen N. Limbaugh, Jr.

_____
Senior Judge Donald J. Stohr

_____
Senior Judge E. Richard Webber